# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

130300(40)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CYNTHIA J. WINKLER,
      Plaintiff-Appellant,

v

WILLIAM L. CAREY,
      Defendant-Appellee.

SC: 130300
COA: 255193
Roscommon CC: 03-723731-NM

_____/

      On order of the Court, the motion for reconsideration of this Court's order of April 26, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      TAYLOR, C.J., CORRIGAN, and YOUNG, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

p0920